PROBATION FORM NO. 35            Report and Order Terminating Probation/
(DSC 8/17)            Supervised Release
           Prior to Original Expiration Date

# United States District Court

FOR THE

District of South Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | |
| Audriana Lincoln ) | Crim. No. 2:21CR00501-2 |

On January 6, 2023, the above-named individual was sentenced to a three (3) year term of supervised release. The term of supervision commenced on January 6, 2023. Since that time, she has complied with the rules and regulations of supervised release and qualifies for early termination according to the Guide to Judiciary Policy, Vol. 8E, §360.20(c).

Respectfully submitted,

*Katrina Robinson-Curtis*
Katrina Robinson-Curtis
Supervisory United States Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this __5th__ day of __June__, 20 _25_.

*Bruce H. Hendricks*
Bruce Howe Hendricks
United States District Judge